UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CECILLY LEE,<br><br>   Plaintiff,<br><br>   v.<br><br>ALLIANCE FABRICATING & MANUFACTURING, LLC,<br><br>   Defendant. | Case No. 2:24-CV-00450-GSL-AZ |

## OPINION AND ORDER

On December 24, 2024, Cecilly Lee filed a complaint alleging that her former employer, Alliance Fabricating & Manufacturing, fired her in violation of the Family and Medical Leave Act. [DE 1]. Defendant answered on January 27, 2025. [DE 2]. In April, Defendant moved for partial judgment on the pleadings. [DE 22]. Defendant's motion argues that Seventh Circuit precedent provides that "compensatory/emotional distress and punitive damages" are not available under the FMLA. [*Id.*, ¶ 3]. In response, Plaintiff filed a notice "conced[ing] her claims for emotional distress and punitive damages." [DE 26].

Given Plaintiff's Notice at [DE 26], Defendant's Motion for Partial Judgment on the Pleadings [DE 22] is **GRANTED**. Notwithstanding the deadlines set in [DE 19], Plaintiff **ORDERED** to file an amended complaint consistent with this order by **JUNE 30, 2025**. Accordingly, any other affected dates are subject to modification by Magistrate Judge Zanzi.

SO ORDERED.

ENTERED: June 2, 2025

/s/ GRETCHEN S. LUND
Judge
United States District Court